# UNITED STATES DISTRICT COURT

## DISTRICT OF COLORADO

| | |
|---|---|
| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** <br> **(For a Petty Offense)** — Short Form |
| v. | CASE NUMBER: 08-po-01203-MEH |
| CATHERINE A. BURNS | Brian Leedy <br> (Defendant's Attorney) |

**THE DEFENDANT:** Pleaded guilty to count 2 of the Superseding Information.

**ACCORDINGLY,** the court has adjudicated that the defendant is guilty of the following offense:

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| 41 CFR § 102-74.400(a) | Possession of Marijuana on Federal Property | On or about August 22, 2008 | 2 |

Defendant to complete 10 hours of Useful Public Service within 30 days of this date. Proof of same to the government. Defendant to provide a phone number to the government to verify that Public Service has been completed.

## MONETARY OBLIGATIONS

All criminal monetary penalty payments are to be made as directed by the court, the probation officer, or the United States Attorney.

| | Assessment | Fine |
|---|---|---|
| **Total:** $30 | $5; Processing fee of $25 | None |

November 28, 2008
Date of Imposition of Judgment

s/Craig B. Shaffer
Signature of Judicial Officer

Craig B. Shaffer, U.S. Magistrate Judge
Name & Title of Judicial Officer

November 28, 2008
Date